# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

NADIR OMAR ABDULLAH BIN,
SA'ADOUN ALSA'ARY a/k/a AHMED
OMAR,

              Petitioner,

    v.

BARACK OBAMA, *et al.*,

              Respondents.

Civil Action No. 09-0745 (RCL)

## [PROPOSED] ORDER

This matter coming before the Court on Petitioner's Status Report, and having considered the entire record;

**IT IS THEREFORE ORDERED THAT** counsel for Petitioner may file a Status Report no later than January 15, 2013.

Date: ___11/6/12___

_____
UNITED STATES DISTRICT JUDGE